**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| Honorable | JOHN H. SQUIRES | Hearing Date | May 29, 2009 |
| Bankruptcy Case No. | 05 B 54618 | Adversary No. | |
| Title of Case | Jeffrey Eckert | | |

**Brief Statement of Motion:** Interim fee application of Freeborn & Peters LLP for compensation and reimbursement of fees and expenses as special counsel to the Chapter 7 trustee, David E. Grochocinski

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Trustee's brief is due on or before June 29, 2009. Any responses are due on or before July 20, 2009. Final papers are due on or before July 31, 2009. Further order to be entered.

*/s/ John H. Squires/*

6/11/99