# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ECKERT, JEFFREY | § | Case No. 05-54618 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 10/14/2005 .   The undersigned trustee was appointed on  10/14/2005 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $       280,084.16

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 203,795.94 |
| Bank service fees | 454.28 |
| Other payments to creditors | 75,127.83 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                  $ | 706.11 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  09/26/2006  and the deadline for filing governmental claims was  09/26/2006 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,587.22 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 16,696.64  as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 16,696.64 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2015                    By:/s/GINA B. KROL
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit A

| Case No: | 05-54618    DRC    Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | | Date Filed (f) or Converted (c): | 10/14/05 (f) |
| | | | 341(a) Meeting Date: | 01/31/06 |
| For Period Ending: 09/10/15 | | | Claims Bar Date: | 09/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 150.00 | 0.00 | | 0.00 | FA |
| 2. FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 4. 2001 BMW X5 | 14,650.00 | 0.00 | | 0.00 | FA |
| 5. POSSIBLE TRANSFERS/07A 00450 (u)<br>JUDGMENT 6/3/08 | 25,000.00 | 25,000.00 | | 235,000.00 | FA |
| 6. SANCTIONS (u) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 7. JUDGMENT VS. CHRISTINE ECKERT (u) | 300,000.00 | 21,144.54 | | 1,144.54 | FA |
| 8. Compromise between Trustee, IRS, and Christine (u)<br>Eckert, and Order approving proposed distribution | 20,000.00 | 20,000.00 | | 40,000.00 | FA |
| INT. Interest Earned (u) | Unknown | 0.00 | | 939.62 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $360,600.00 | $69,144.54 | | $280,084.16 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR was sent to UST for review

August 13, 2015, 12:38 pm

Nearly all estate funds were paid out pursuant prior court orders.  Successor Trustee to prepare TFR.

October 16, 2014, 12:45 pm

Active

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 05-54618    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Date Filed (f) or Converted (c): | 10/14/05 (f) |
| | | 341(a) Meeting Date: | 01/31/06 |
| | | Claims Bar Date: | 09/26/06 |

REVOCATION OF DISCHARGE CASE PENDING 06A 01845; ADVERSARY FOR PREFERENCE OR FRAUDULENT TRANSFER VS. DEBTOR'S WIFE AND
BUSINESS ASSOCIATE, 07A 00450 PENDING; TRIAL LATE 2008; AWAITING OUTCOME OF APPEAL; ADVERSARY SETTLED; OBJECTION TO FEES
OF SPECIAL COUNSEL PENDING; ADVERSARY OBJECTION TO DISCHARGEABILITY OF CHRISTINE ECKERT ENTERED IN FAVOR OF TRUSTEE;
COLLECTION EFFORTS AS TO CHRISTINE ONGOING; OBJECTION TO FINAL CLAIM; SET FOR 1/22/10; RESOLUTION OF DISPUTE WITH
AGRI-STAR AND STEINER FUNDS PAID TO THIRD PARTIES AND ADMINISTRATIVE CLAIMS TO TRUSTEE AND TRUSTEE COUNSEL; AWAITING
PAYMENT BY CHRISTINE ECKERT ON SETTLEMENT AS TO HER; DIRECTION GIVEN TO SPECIAL COUNSEL TO COMMENCE GARNISHMENT AND
COLLECTION; NO GARNISHMENT; DISCUSSION OF ABANDONMENT OF ADVERSARY JUDGMENT

Trustee reviewing possible objections to IRS claims

Hearing on objection to IRS claim continued to 10/11/2013

Motion to Approve Compromise between Trustee and IRS set for hearing on 1/3/2014.

pending motion before court on settlement with IRS and motion to seek estte to issue added distribution to creditors.

xpect that this activity will terminate case by end of May, 2014.

Last payment in Settlement and Compromise Agreement between Trustee, IRS and Christine Eckert received

S

Initial Projected Date of Final Report (TFR): 04/30/08        Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL

_____ Date: 09/10/15

GINA B. KROL

FOR

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******2065  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312175362065 | Wire in from JPMorgan Chase Bank, N.A. account 312175362065 | 9999-000 | 69,225.60 | | 69,225.60 |
| | | | Wire in from JPMorgan Chase Bank, N.A. account 312175362065 | | | | |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.63 | | 69,232.23 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.24 | | 69,240.47 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 7.96 | | 69,248.43 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.24 | | 69,256.67 |
| 08/27/10 | INT | The Bank of New York Mellon | Current Interest Rate is 0.1400% | 1270-000 | 6.90 | | 69,263.57 |
| 08/27/10 | | To Account #92000175362066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 69,263.57 | 0.00 |
| | | | 9999-000     $-69,263.57 | | | | |

| Account  *******2065 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | | 0 | Checks | 0.00 |
| 5 | Interest Postings | 37.97 | | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 69,263.57 |
| | Subtotal | $ | 37.97 | | | |
| | | | | | Total | $  69,263.57 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 69,225.60 | | | | |
| | Total | $ | 69,263.57 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

LFORM2T4

Ver: 18.05

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-54618 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******2066  Checking Account |
| Taxpayer ID No: | *******7185 | | |
| For Period Ending: | 09/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/10 | | From Account #92000175362065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 69,263.57 | | 69,263.57 |
| 08/31/10 | 010101 | DAVID GROCHOCINSKI, TRUSTEE 1900 RAVINIA PLACE ORLAND PARK, IL  60462 | Dividend paid 100.00% on $14,196.64, Trustee Compensation;  Reference: | 2100-000 | | 14,196.64 | 55,066.93 |
| 08/31/10 | 010102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL  60462 | Dividend paid 100.00% on $9,502.50, Attorney for Trustee fees (Trustee Firm); Reference: | 3110-000 | | 9,502.50 | 45,564.43 |
| 08/31/10 | 010103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL  60462 | Dividend paid 100.00% on $179.70, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 179.70 | 45,384.73 |
| 08/31/10 | 010104 | FREEBORN & PETERS, LLP 311 S WACKER DRIVE SUITE 3000 CHICAGO, IL  60606 | Dividend paid 100.00% on $4,750.00, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 4,750.00 | 40,634.73 |
| 08/31/10 | 010105 | Network Communications 2305 Newpoint Parkway Lawrenceville, GA  30046 | Dividend paid   2.63% on $3,975.00; Claim# 3; Filed: $3,975.00; Reference: | 7100-000 | | 104.55 | 40,530.18 |
| 08/31/10 | 010106 | Network Communications 2305 Newpoint Parkway Lawrenceville, GA  30046 | Dividend paid   2.63% on $3,715.00; Claim# 4; Filed: $3,715.00; Reference: | 7100-000 | | 97.71 | 40,432.47 |
| 08/31/10 | 010107 | Innovative Merchant Solutions Consolidate Recovery Group LLC 425 West Fifth Avenue, Suite 103 Escondido, CA  92025 | Dividend paid   2.63% on $626.97; Claim# 5; Filed: $626.97; Reference: | 7100-000 | | 16.49 | 40,415.98 |
| 08/31/10 | 010108 | BMW Financial Services NA, LLC 5550 Britton Parkway Hilliard, OH  43026 | Dividend paid   2.63% on $26,443.17; Claim# 6; Filed: $26,443.17; Reference: | 7100-000 | | 695.49 | 39,720.49 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 05-54618 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******2066  Checking Account |
| Taxpayer ID No: | *******7185 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/31/10 | 010109 | BMW Financial Services NA, LLC<br>5550 Britton Parkway<br>Hilliard, OH  43026 | Dividend paid   2.63% on<br>$9,929.41; Claim# 7 -2; Filed: $9,929.41;<br>Reference: | 7100-000 | | 261.16 | 39,459.33 |
| | 08/31/10 | 010110 | Gregory Steiner<br>c/o Neal H. Levin,Freeborn & Peters<br>LLP,311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606 | Dividend paid   2.63% on<br>$750,000.00; Claim# 8; Filed: $750,000.00;<br>Reference: | 7100-000 | | 19,725.90 | 19,733.43 |
| * | 08/31/10 | 010111 | AgriStar Frozen Foods, Inc.<br>c/o Neal H. Levin,Freeborn & Peters<br>LLP,311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606 | Dividend paid   2.63% on<br>$750,000.00; Claim# 9; Filed: $750,000.00;<br>Reference:<br>        7100-000        $-19,725.90 | 7100-003 | | 19,725.90 | 7.53 |
| * | 08/31/10 | 010111 | AgriStar Frozen Foods, Inc.<br>c/o Neal H. Levin,Freeborn & Peters<br>LLP,311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606 | VOID | 7100-003 | | -19,725.90 | 19,733.43 |
| | 08/31/10 | 010112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.63 | 19,732.80 |
| | 09/09/10 | 010113 | GREGORY STEINER<br>STAES & SCALLAN PC<br>111 W WASHINGTON STREET, SUITE 1631<br>CHICAGO, IL  60606 | DIVIDEND PAID 2.63% ON $750,000,<br>CLAIM #9/ASSIGNMENT OF CLAIM 9/8/10 TO<br>GREGORY STEINER | 7100-000 | | 19,725.90 | 6.90 |
| | 04/01/11 | | FREEBORN & PETERS, LLP<br>311 S WACKER DRIVE<br>SUITE 3000<br>CHICAGO, IL  60606 | REFUND | 3210-600 | 10.00 | | 16.90 |
| | 02/07/12 | | Green Bank | Transfer Funds<br>9999-000        $-16.90 | 9999-000 | | 16.90 | 0.00 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******2066  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account  *******2066 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 14 | Checks | 69,256.67 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 16.90 |
| | Subtotal | $ 0.00 | | | |
| 1 | Adjustments In | 10.00 | | Total | $ 69,273.57 |
| 1 | Transfers In | 69,263.57 | | | |
| | Total | $ 69,273.57 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

LFORM2T4

Ver: 18.05

FORM 2                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| | |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1801  DDA |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 16.90 | | 16.90 |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.88 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.86 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.84 |
| 05/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.82 |
| 06/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.80 |
| 07/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.78 |
| 08/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.76 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.74 |
| 10/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.72 |
| 11/30/12 | | Green Bank 401 Greenbriar | Bank Service Fee | 2600-000 | | 0.02 | 16.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 18.05

LFORM2T4

FORM 2

Page:   6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:     05-54618 -DRC
Case Name:   ECKERT, JEFFREY

Taxpayer ID No: *******7185
For Period Ending: 09/10/15

Trustee Name:           GINA B. KROL
Bank Name:              Green Bank
Account Number / CD #:  *******1801  DDA

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/12 | | Houston, TX  77098<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 0.02 | 16.68 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 0.02 | 16.66 |
| 02/21/13 | 005001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000          $-0.02 | 2300-000 | | 0.02 | 16.64 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 0.02 | 16.62 |
| 03/14/13 | 7 | ACOSTA INC.<br>6600 CORPORATE CTR PKWY<br>JACKSONVILLE, FL 32216 | WAGE DEDUCTION | 1249-000 | 276.09 | | 292.71 |
| 03/18/13 | 7 | ACOSTA, INC.<br>6600 CORPORATE CTR PKWY<br>JACKSONVILLE, FL 32216 | WAGE DEDUCTION FUNDS | 1249-000 | 303.44 | | 596.15 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 0.47 | 595.68 |
| * 04/02/13 | 7 | ACOSTA, INC<br>6600 CORPORATE CTR PKWY<br>JACKSONVILLE, FL 32216 | WAGE DEDUCTION | 1249-003 | 281.22 | | 876.90 |
| * 04/02/13 | 7 | ACOSTA, INC | WAGE DEDUCTION | 1249-003 | -281.22 | | 595.68 |

FORM 2                                                                                                   Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit B

| Case No: | 05-54618 -DRC | | | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | | | Bank Name: | Green Bank |
| | | | | Account Number / CD #: | *******1801  DDA |
| Taxpayer ID No: | *******7185 | | | | |
| For Period Ending: | 09/10/15 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6600 CORPORATE CTR PKWY | | | | | |
| | | JACKSONVILLE, FL  32216 | | | | | |
| 04/02/13 | 7 | ACOSTA, INC | WAGE DEDUCTION | 1249-000 | 281.22 | | 876.90 |
| | | 6600 CORPORATE CTR PKWY | | | | | |
| | | JACKSONVILLE, FL  32216 | | | | | |
| 04/12/13 | 8 | DAVID CUTLER, ATTORNEY | SETTLEMENT OF DEFAULT JUDGMENT | 1249-000 | 20,000.00 | | 20,876.90 |
| | | 8430 GROSS POINT RD | | | | | |
| | | SKOKIE, IL  60077 | | | | | |
| 04/15/13 | 7 | ACOSTA, INC. | WAGE DEDUCTION FUNDS | 1249-000 | 283.79 | | 21,160.69 |
| | | 6600 CORPORATE CTR PKWY | | | | | |
| | | JACKSONVILLE, FL  32216 | | | | | |
| 04/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 18.21 | 21,142.48 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 05/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 36.31 | 21,106.17 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 06/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 30.76 | 21,075.41 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 07/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 34.00 | 21,041.41 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 08/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 36.14 | 21,005.27 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |

Page:    8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-54618 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******1801 DDA |
| Taxpayer ID No: | *******7185 | | |
| For Period Ending: | 09/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 30.61 | 20,974.66 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 33.84 | 20,940.82 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 33.79 | 20,907.03 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 32.64 | 20,874.39 |
| 01/17/14 | 8 | Freeborn and Peters Client Funds Account<br>311 S. Wacker Dr. #3000<br>Chicago, IL 60606 | 1/3/14 order/Rule 9019 Approving<br>Compromise between Trustee, IRS, Christine Eckert | 1249-000 | 10,000.00 | | 30,874.39 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 42.62 | 30,831.77 |
| 02/20/14 | 8 | Freeborn and Peters Client Funds Account<br>311 S. Wacker Dr. #3000<br>Chicago, IL 606066683 | 1/3/14 Order/ Rule 9019 Approving<br>Compromise between Trustee, IRS, Christine Eckert | 1249-000 | 5,000.00 | | 35,831.77 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 47.54 | 35,784.23 |
| 03/11/14 | 8 | Freeborn and Peters Client Funds Account | 1/3/14 Order/Rule 9019 approving | 1249-000 | 5,000.00 | | 40,784.23 |

Page:   9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1801  DDA |

| | |
|---|---|
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 311 S. Wacker Dr. #3000 | compromise between Trustee, IRS, Christine Eckert | | | | |
| | | Chicago, IL  60606 | | | | | |
| 03/27/14 | 005002 | DAVID GROCHOCINSKI, TRUSTEE | Approved distribution per 1/3/14 | 2100-000 | | 2,500.00 | 38,284.23 |
| | | 1900 RAVINIA PLACE | order between TEE, IRS, and Christine Eckert. | | | | |
| | | ORLAND PARK, IL  60462 | | | | | |
| 03/27/14 | 005003 | FREEBORN & PETERS, LLP | Approved distribution per 1/3/14 | 3210-600 | | 3,000.00 | 35,284.23 |
| | | 311 S WACKER DRIVE | order between TEE, IRS, and Christine Eckert. | | | | |
| | | SUITE 3000 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| 03/27/14 | 005004 | Department of the Treasury | Approved distribution per 1/3/14 | 7100-000 | | 5,000.00 | 30,284.23 |
| | | Internal Revenue Service | order between TEE, IRS, and Christine Eckert. | | | | |
| | | P O BOX 7346 | | | | | |
| | | Philadephia, PA  19101 | | | | | |
| 03/27/14 | 005005 | American Express Travel Related Services Co Inc | Approved distribution per 1/3/14 | 7100-000 | | 0.46 | 30,283.77 |
| | | c/o Becket and Lee LLP | order between TEE, IRS, and Christine Eckert. | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA  193550701 | | | | | |
| 03/27/14 | 005006 | Network Communications | Approved distribution per 1/3/14 | 7100-000 | | 146.86 | 30,136.91 |
| | | 2305 Newpoint Parkway | order between TEE, IRS, and Christine Eckert. | | | | |
| | | Lawrenceville, GA  30046 | | | | | |
| 03/27/14 | 005007 | Innovative Merchant Solutions | Approved distribution per 1/3/14 | 7100-000 | | 11.97 | 30,124.94 |
| | | Consolidate Recovery Group LLC | order between TEE, IRS and Christine Eckert. | | | | |
| | |  425 West Fifth Avenue, Suite 103 | | | | | |
| | | Escondido, CA  92025 | | | | | |
| 03/27/14 | 005008 | BMW Financial Services NA, LLC | Approved distribution per 1/3/14 | 7100-000 | | 694.63 | 29,430.31 |
| | | 5550 Britton Parkway | order between TEE, IRS and Christine Eckert. | | | | |
| | | Hilliard, OH  43026 | | | | | |
| 03/27/14 | 005009 | Gregory Steiner | Approved distribution per 1/3/14 | 7100-000 | | 28,646.08 | 784.23 |
| | | c/o Freeborn & Peters, LLP | order between TEE, IRS and Christine Eckert. | | | | |
| | | 311 S. Wacker Dr. Suite 300 | 7100-000      $-28,646.08 | | | | |
| | | Chicago, IL  60606 | | | | | |

Ver: 18.05

LFORM2T4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit B

| Case No: | 05-54618 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ECKERT, JEFFREY | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******1801  DDA |
| Taxpayer ID No: | *******7185 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 59.22 | 725.01 |
| 04/02/14 | 005010 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>        2300-000        $-0.63 | 2300-000 | | 0.63 | 724.38 |
| 04/30/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 16.56 | 707.82 |
| 06/05/14 | | Green Bank | Technology Fee | 2600-000 | | 1.31 | 706.51 |
| 06/05/14 | | Associated Bank | Transfer | 9999-000 | | 706.51 | 0.00 |

| Account ******1801 | | Balance Forward | 0.00 | | | Checks | 40,000.65 |
|---|---|---|---|---|---|---|---|
| | 10 | Deposits | 41,144.54 | | 10 | Checks | 40,000.65 |
| | 0 | Interest Postings | 0.00 | | 29 | Adjustments Out | 1,160.79 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 41,144.54 | | | | |
| | | | | | | Total | $ 41,161.44 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 16.90 | | | | |
| | | Total | $ 41,161.44 | | | | |

FORM 2

Page:   11

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-54618  -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0980  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7185 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/14 | | Green Bank | Transfer From Green Bank | 9999-000 | 706.51 | | 706.51 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 0.40 | 706.11 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |

| | Account   *******0980 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 0 | Deposits | 0.00 | 1 | Checks | 0.40 |
| | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $      0.00 | | | |
| | | 1 | Adjustments In | 706.51 | | Total | $      0.40 |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $    706.51 | | | |

Ver: 18.05

LFORM2T4

FORM 2

Page: 12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-54618 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******2065  Money Market Account |
| Taxpayer ID No: | *******7185 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/08 | 5 | DAVID SCHLOSSBERG BANK OF AMERICA | SETTLEMENT OF ADVERSARY/FRAUDULENT TRANSFER | 1241-000 | 109,018.00 | | 109,018.00 |
| 07/08/08 | 5 | GARY LALIBERTE TCF BANK | SETTLEMENT OF ADVERSARY/FRAUDULENT TRANSFER | 1241-000 | 172,642.24 | | 281,660.24 |
| 07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 77.88 | | 281,738.12 |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 123.04 | | 281,861.16 |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 135.83 | | 281,996.99 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 114.65 | | 282,111.64 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 76.44 | | 282,188.08 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 59.05 | | 282,247.13 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 34.71 | | 282,281.84 |
| 02/05/09 | 001001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-54618, BOND#016026455 2300-000  $-234.05 | 2300-000 | | 234.05 | 282,047.79 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 32.38 | | 282,080.17 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 37.00 | | 282,117.17 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 34.70 | | 282,151.87 |
| 05/21/09 | 001002 | DAVID SCHLOSSBERG, GARY LALIBERTE & THOMPSON COBURN FAGEL HA 55 EAST MONROE STREET 40TH FLOOR CHICAGO, IL 60603 | PARTIAL REFUND OF ADVERSARY SETTLEMENT PER ORDER OF 4/17/09 Asset #  5 1241-000  $-46,660.24 | 1241-000 | -46,660.24 | | 235,491.63 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 33.35 | | 235,524.98 |
| 06/08/09 | 001003 | UPS LOCKBOX 577 CAROL STREAM, IL 601320577 | OVERNIGHT DELIVERY FEE 2990-000  $-13.07 | 2990-000 | | 13.07 | 235,511.91 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 30.89 | | 235,542.80 |
| 07/31/09 | 6 | JEFFERY ECKERT | SETTLEMENT PAYMENT | 1249-000 | 300.00 | | 235,842.80 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 29.93 | | 235,872.73 |

Ver: 18.05

LFORM2T4

FORM 2                                                                                          Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******2065  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/09 | 001004 | FREEBORN & PETERS, LLP | INTERIM FEES AND EXPENSES TO | | | 169,371.49 | 66,501.24 |
| | | 311 S. WACKER DRIVE | SPECIAL COUNSEL PER ORDER OF 7/31/09 | | | | |
| | | SUITE 3000 | 3210-600     $-140,000.00 | | | | |
| | | CHICAGO, IL  60606 | 3420-590     $-29,371.49 | | | | |
| | | | Fees             140,000.00 | 3210-600 | | | |
| | | | Expenses         29,371.49 | 3220-610 | | | |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 24.42 | | 66,525.66 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.96 | | 66,533.62 |
| 10/13/09 | 6 | JEFFREY ECKERT | SANCTIONS | 1249-000 | 2,700.00 | | 69,233.62 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.81 | | 69,241.43 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 8.22 | | 69,249.65 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 8.22 | | 69,257.87 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.69 | | 69,265.56 |
| 02/05/10 | 001005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 57.44 | 69,208.12 |
| | | | BALANCE AS OF 12/31/2009 FOR CASE | | | | |
| | | | #05-54618, BOND#016026455 | | | | |
| | | | 2300-000      $-57.44 | | | | |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.42 | | 69,215.54 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting | 1270-000 | 8.74 | | 69,224.28 |
| | | | {BANK RECON} | | | | |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1400% | 1270-000 | 1.32 | | 69,225.60 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000175362065 | Wire out to BNYM account | 9999-000 | | 69,225.60 | 0.00 |
| | | | 000175362065 | | | | |
| | | | Wire out to BNYM account 000175362065 | | | | |
| | | | 9999-000      $-69,225.60 | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******2065  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******2065 | | Balance Forward | 0.00 | | | | |
| | 4 | Deposits | 238,000.00 | 5 | Checks | 169,676.05 | |
| | 22 | Interest Postings | 901.65 | 0 | Adjustments Out | 0.00 | |
| | | | | 1 | Transfers Out | 69,225.60 | |
| | | Subtotal | $     238,901.65 | | | | |
| | | | | | Total | $     238,901.65 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $     238,901.65 | | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

LFORM2T4

Ver: 18.05

FORM 2                                                                                     Page:   15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******2066  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| Account  *******2066 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $        0.00 | | | |
| | | | | | Total | $        0.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $        0.00 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 14 | Deposits | 279,144.54 | 30 | Checks | 278,933.77 |
| | 27 | Interest Postings | 939.62 | 29 | Adjustments Out | 1,160.79 |
| | | | | 3 | Transfers Out | 138,506.07 |
| | | Subtotal | $    280,084.16 | | | |
| | | | | | Total | $    418,600.63 |
| | 2 | Adjustments In | 716.51 | | | |
| | 3 | Transfers In | 138,506.07 | | | |
| | | Total | $    419,306.74 | | Net Total Balance | $        706.11 |

/s/    GINA B. KROL

Trustee's Signature: _____    Date: 09/10/15

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 19)*

LFORM2T4

Ver: 18.05

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 10, 2015 |

Case Number:    05-54618

Debtor Name:    ECKERT, JEFFREY

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10a<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P O BOX 7346<br>Philadephis, PA  19101 | Priority | | $0.00 | $42,555.06 | $42,555.06 |
| 10<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>P O BOX 7346<br>Philadephis, PA  19101 | Secured<br>Claim allowed as per order 1/3/13 between Trustee, IRS, and Christine Eckert | | $0.00 | $84,178.07 | $84,178.07 |
| 0ADMIN<br>200<br>3120-00 | GROCHOCINSKI , GROCHOCINSKI<br>& LLOYD, LTD.<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | | $0.00 | $179.70 | $179.70 |
| ADMI<br>200<br>2100-00 | DAVID GROCHOCINSKI, TRUSTEE<br>1900 RAVINIA PLACE<br>ORLAND PARK, IL  60462 | Administrative<br>Orig Allowed: 16696.64 | | $0.00 | $16,696.64 | $16,696.64 |
| ADMI<br>200<br>3110-00 | INNOVALAW, PC<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | | $0.00 | $9,502.50 | $9,502.50 |
| ADMIN<br>200<br>3210-60 | FREEBORN & PETERS, LLP<br>311 S WACKER DRIVE<br>SUITE 3000<br>CHICAGO, IL  60606 | Administrative | | $0.00 | $7,750.00 | $7,750.00 |
| 1<br>610<br>7100-00 | American Express Travel Related<br>Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Unsecured | | $0.00 | $24.00 | $24.00 |
| 2<br>610<br>7100-00 | Alarm Detection Systems<br>c/o Law Office of Gordon R Hughes<br>320 E Indian Trial<br>Aurora, IL  60505 | Unsecured<br>DISALLOWED | | $0.00 | $30,922.82 | $0.00 |
| 3<br>610<br>7100-00 | Network Communications<br>2305 Newpoint Parkway<br>Lawrenceville, GA  30046 | Unsecured | | $0.00 | $3,975.00 | $3,975.00 |
| 4<br>610<br>7100-00 | Network Communications<br>2305 Newpoint Parkway<br>Lawrenceville, GA  30046 | Unsecured | | $0.00 | $3,715.00 | $3,715.00 |
| 5<br>610<br>7100-00 | Innovative Merchant Solutions<br>Consolidate Recovery Group LLC<br>425 West Fifth Avenue, Suite 103<br>Escondido, CA  92025 | Unsecured | | $0.00 | $626.97 | $626.97 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 10, 2015 |
|---|---|---|---|---|---|

| Case Number: | 05-54618 | | Priority Sequence | | |
|---|---|---|---|---|---|
| Debtor Name: | ECKERT, JEFFREY | | | Joint Debtor: | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>610<br>7100-00 | BMW Financial Services NA, LLC<br>5550 Britton Parkway<br>Hilliard, OH  43026 | Unsecured | | $0.00 | $26,443.17 | $26,443.17 |
| 7<br>610<br>7100-00 | BMW Financial Services NA, LLC<br>5550 Britton Parkway<br>Hilliard, OH  43026 | Unsecured | (7-2) Deficiency remaining on sales contract after sale of repossessed vehicle. | $0.00 | $9,929.41 | $9,929.41 |
| 8<br>610<br>7100-00 | Gregory Steiner<br>c/o Neal H. Levin,Freeborn & Peters<br>LLP,311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606 | Unsecured | Order modifying Claim #8 and #9 entered 12/04/09. Docket #205. Estimated aggregate<br>value of claims of Gregory Steiner and Agristar Frozen foods is $750,000.00 | $0.00 | $19,725.90 | $375,000.00 |
| 9<br>610<br>7100-00 | AgriStar Frozen Foods, Inc.<br>c/o Neal H. Levin,Freeborn & Peters<br>LLP,311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606 | Unsecured | Order modifying Claim #8 and #9 entered 12/04/09. Docket #205. Estimated aggregate<br>value of claims of Gregory Steiner and Agristar Frozen foods is $750,000.00 | $0.00 | $39,451.80 | $375,000.00 |
| 10b<br>620<br>7200-00 | Department of the Treasury<br>Internal Revenue Service<br>P O BOX 7346<br>Philadephis, PA  19101 | Unsecured | | $0.00 | $7,489.35 | $7,489.35 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $0.40 | $0.40 |
| | Case Totals: | | | $0.00 | $303,165.79 | $963,065.27 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-54618
Case Name: ECKERT, JEFFREY
Trustee Name: GINA B. KROL

Balance on hand                                    $           706.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Department of the Treasury Internal Revenue Service P O BOX 7346 Philadephis, PA 19101 | $   84,178.07 | $   84,178.07 | $   5,000.00 | $   0.00 |

Total to be paid to secured creditors              $_____0.00

Remaining Balance                                  $_____706.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: David Grochocinski | $   16,696.64 | $   16,696.64 | $   0.00 |
| Attorney for Trustee Fees: INNOVALAW, PC | $   9,502.50 | $   9,502.50 | $   0.00 |
| Other: Adams Levine Surety Bond Agency | $   0.40 | $   0.40 | $   0.00 |
| Other: FREEBORN & PETERS, LLP | $   7,750.00 | $   7,750.00 | $   0.00 |
| Other: GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD | $   179.70 | $   179.70 | $   0.00 |

Total to be paid for chapter 7 administrative expenses   $_____0.00

Remaining Balance                                  $_____706.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 42,555.06  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10a | Department of the Treasury Internal Revenue Service P O BOX 7346 Philadephis, PA  19101 | $          42,555.06 | $               0.00 | $          706.11 |

| | Total to be paid to priority creditors | $          706.11 |
|---|---|---|
| | Remaining Balance | $          0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 794,713.55  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Travel Related Services Co Inc c/o Becket and Lee LLP POB 3001 Malvern, PA  193550701 | $          24.00 | $          1.09 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Network Communications 2305 Newpoint Parkway Lawrenceville, GA  30046 | $     3,975.00 | $     251.41 | $     0.00 |
| 4 | Network Communications 2305 Newpoint Parkway Lawrenceville, GA  30046 | $     3,715.00 | $     97.71 | $     0.00 |
| 5 | Innovative Merchant Solutions Consolidate Recovery Group LLC 425 West Fifth Avenue, Suite 103 Escondido, CA  92025 | $     626.97 | $     28.46 | $     0.00 |
| 6 | BMW Financial Services NA, LLC 5550 Britton Parkway Hilliard, OH  43026 | $     26,443.17 | $     1,390.12 | $     0.00 |
| 7 | BMW Financial Services NA, LLC 5550 Britton Parkway Hilliard, OH  43026 | $     9,929.41 | $     261.16 | $     0.00 |
| 8 | Gregory Steiner c/o Neal H. Levin,Freeborn & Peters LLP,311 S. Wacker Drive, Suite 3000 Chicago, IL  60606 | $     375,000.00 | $     48,371.98 | $     0.00 |
| 9 | AgriStar Frozen Foods, Inc. c/o Neal H. Levin,Freeborn & Peters LLP,311 S. Wacker Drive, Suite 3000 Chicago, IL  60606 | $     375,000.00 | $     19,725.90 | $     0.00 |

Total to be paid to timely general unsecured creditors        $_____ 0.00

Remaining Balance        $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 7,489.35  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 10b | Department of the Treasury Internal Revenue Service P O BOX 7346 Philadephis, PA  19101 | $          7,489.35 | $          0.00 | $          0.00 |

Total to be paid to tardy general unsecured creditors                    $_____0.00

Remaining Balance                                                                       $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE