## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
ECKERT, JEFFREY §       Case No. 05-54618 DRC
§
Debtor §

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 13,450.00               Assets Exempt: 2,150.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 75,833.94      Claims Discharged
                                                 Without Payment:  773,924.02

Total Expenses of Administration:  204,250.22

3) Total gross receipts of $ 280,084.16  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 280,084.16  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 84,178.07 | $ 84,178.07 | $ 5,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 204,250.22 | 204,250.22 | 204,250.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 42,555.06 | 42,555.06 | 706.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 142,303.42 | 802,202.90 | 70,127.83 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 473,286.77 | $ 1,133,186.25 | $ 280,084.16 |

4)  This case was originally filed under chapter 7 on  10/14/2005 .  The case was pending for 129 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/09/2016            By:/s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference/Fraudulent Transfer Litigation | 1241-000 | -46,660.24 |
| POSSIBLE TRANSFERS/07A 00450 | 1241-000 | 281,660.24 |
| SANCTIONS | 1249-000 | 3,000.00 |
| JUDGMENT VS. CHRISTINE ECKERT | 1249-000 | 1,144.54 |
| Compromise between Trustee, IRS, and Christine | 1249-000 | 40,000.00 |
| Interest Earned | 1270-000 | 939.62 |
| **TOTAL GROSS RECEIPTS** | | **$ 280,084.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 84,178.07 | 84,178.07 | 5,000.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 84,178.07 | $ 84,178.07 | $ 5,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | NA | 16,696.64 | 16,696.64 | 16,696.64 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 0.40 | 0.40 | 0.40 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 0.65 | 0.65 | 0.65 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 291.49 | 291.49 | 291.49 |
| Green Bank | 2600-000 | NA | 454.28 | 454.28 | 454.28 |
| UPS | 2990-000 | NA | 13.07 | 13.07 | 13.07 |
| INNOVALAW, PC | 3110-000 | NA | 9,502.50 | 9,502.50 | 9,502.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD | 3120-000 | NA | 179.70 | 179.70 | 179.70 |
| FREEBORN & PETERS, LLP | 3210-600 | NA | 147,740.00 | 147,740.00 | 147,740.00 |
| FREEBORN & PETERS, LLP | 3220-610 | NA | 29,371.49 | 29,371.49 | 29,371.49 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 204,250.22 | $ 204,250.22 | $ 204,250.22 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10a | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 42,555.06 | 42,555.06 | 706.11 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 42,555.06 | $ 42,555.06 | $ 706.11 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | AGRISTAR FROZEN FOODS, INC. | 7100-000 | NA | 39,451.80 | 375,000.00 | 19,725.90 |
| 2 | ALARM DETECTION SYSTEMS | 7100-000 | NA | 30,922.82 | 0.00 | 0.00 |
| 1 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 24.00 | 24.00 | 1.09 |
| 6 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | NA | 26,443.17 | 26,443.17 | 1,390.12 |
| 7 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | NA | 9,929.41 | 9,929.41 | 261.16 |
| 8 | GREGORY STEINER | 7100-000 | NA | 19,725.90 | 375,000.00 | 48,371.98 |
| 5 | INNOVATIVE MERCHANT SOLUTIONS | 7100-000 | NA | 626.97 | 626.97 | 28.46 |
| 3 | NETWORK COMMUNICATIONS | 7100-000 | NA | 3,975.00 | 3,975.00 | 251.41 |
| 4 | NETWORK COMMUNICATIONS | 7100-000 | NA | 3,715.00 | 3,715.00 | 97.71 |
| 10b | DEPARTMENT OF THE TREASURY | 7200-000 | NA | 7,489.35 | 7,489.35 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 142,303.42 | $ 802,202.90 | $ 70,127.83 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 05-54618   DRC   Judge: Donald R. Cassling | Trustee Name: |
| Case Name: | ECKERT, JEFFREY | Date Filed (f) or Converted (c): |
| | | 341(a) Meeting Date: |
| For Period Ending:  05/09/16 | | Claims Bar Date: |

Trustee Name:   GINA B. KROL
Date Filed (f) or Converted (c):   10/14/05 (f)
341(a) Meeting Date:   01/31/06
Claims Bar Date:   09/26/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 150.00 | 0.00 | | 0.00 | FA |
| 2. FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 4. 2001 BMW X5 | 14,650.00 | 0.00 | | 0.00 | FA |
| 5. POSSIBLE TRANSFERS/07A 00450 (u) | 25,000.00 | 281,660.24 | | 281,660.24 | FA |
| JUDGMENT 6/3/08 | | | | | |
| 6. SANCTIONS (u) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 7. JUDGMENT VS. CHRISTINE ECKERT (u) | 300,000.00 | 21,144.54 | | 1,144.54 | FA |
| 8. Compromise between Trustee, IRS, and Christine (u) | 20,000.00 | 40,000.00 | | 40,000.00 | FA |
| Eckert, and Order approving proposed distribution | | | | | |
| INT. Interest Earned (u) | Unknown | 0.00 | | 939.62 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $360,600.00 | $345,804.78 | $326,744.40 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TDR to UST for review May 09, 2016, 10:40 am

TFR was sent to UST for review

August 13, 2015, 12:38 pm

Nearly all estate funds were paid out pursuant prior court orders.  Successor Trustee to prepare TFR.

October 16, 2014, 12:45 pm

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 05-54618    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Date Filed (f) or Converted (c):    10/14/05 (f) |
| | | 341(a) Meeting Date:    01/31/06 |
| | | Claims Bar Date:    09/26/06 |

Active

REVOCATION OF DISCHARGE CASE PENDING 06A 01845; ADVERSARY FOR PREFERENCE OR FRAUDULENT TRANSFER VS. DEBTOR'S WIFE AND

BUSINESS ASSOCIATE, 07A 00450 PENDING; TRIAL LATE 2008; AWAITING OUTCOME OF APPEAL; ADVERSARY SETTLED; OBJECTION TO FEES

OF SPECIAL COUNSEL PENDING; ADVERSARY OBJECTION TO DISCHARGEABILITY OF CHRISTINE ECKERT ENTERED IN FAVOR OF TRUSTEE;

COLLECTION EFFORTS AS TO CHRISTINE ONGOING; OBJECTION TO FINAL CLAIM; SET FOR 1/22/10; RESOLUTION OF DISPUTE WITH

AGRI-STAR AND STEINER FUNDS PAID TO THIRD PARTIES AND ADMINISTRATIVE CLAIMS TO TRUSTEE AND TRUSTEE COUNSEL; AWAITING

PAYMENT BY CHRISTINE ECKERT ON SETTLEMENT AS TO HER; DIRECTION GIVEN TO SPECIAL COUNSEL TO COMMENCE GARNISHMENT AND

COLLECTION; NO GARNISHMENT; DISCUSSION OF ABANDONMENT OF ADVERSARY JUDGMENT

Trustee reviewing possible objections to IRS claims

Hearing on objection to IRS claim continued to 10/11/2013

Motion to Approve Compromise between Trustee and IRS set for hearing on 1/3/2014.

pending motion before court on settlement with IRS and motion to seek estte to issue added distribution to creditors.

xpect that this activity will terminate case by end of May, 2014.

Last payment in Settlement and Compromise Agreement between Trustee, IRS and Christine Eckert received

S

Initial Projected Date of Final Report (TFR): 04/30/08          Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL

_____    Date: 05/09/16

GINA B. KROL

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 05/09/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******2065  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312175362065 | Wire in from JPMorgan Chase Bank, N.A. account 312175362065 | 9999-000 | 69,225.60 | | 69,225.60 |
| | | | Wire in from JPMorgan Chase Bank, N.A. account 312175362065 | | | | |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.63 | | 69,232.23 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.24 | | 69,240.47 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 7.96 | | 69,248.43 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 8.24 | | 69,256.67 |
| 08/27/10 | INT | The Bank of New York Mellon | Current Interest Rate is 0.1400% | 1270-000 | 6.90 | | 69,263.57 |
| 08/27/10 | | To Account #92000175362066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 69,263.57 | 0.00 |
| | | | 9999-000      $-69,263.57 | | | | |

| Account *******2065 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | | 0 | Checks | 0.00 |
| 5 | Interest Postings | 37.97 | | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 69,263.57 |
| | Subtotal | $ | 37.97 | | | |
| | | | | | Total | $ 69,263.57 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 69,225.60 | | | | |
| | Total | $ | 69,263.57 | | | |

FORM 2                                                                                                  Page:   2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 05/09/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******2066  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/10 | | From Account #92000175362065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 69,263.57 | | 69,263.57 |
| 08/31/10 | 010101 | DAVID GROCHOCINSKI, TRUSTEE 1900 RAVINIA PLACE ORLAND PARK, IL  60462 | Dividend paid 100.00% on $14,196.64, Trustee Compensation;  Reference: | 2100-000 | | 14,196.64 | 55,066.93 |
| 08/31/10 | 010102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL  60462 | Dividend paid 100.00% on $9,502.50, Attorney for Trustee fees (Trustee Firm); Reference: | 3110-000 | | 9,502.50 | 45,564.43 |
| 08/31/10 | 010103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL  60462 | Dividend paid 100.00% on $179.70, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 179.70 | 45,384.73 |
| 08/31/10 | 010104 | FREEBORN & PETERS, LLP 311 S WACKER DRIVE SUITE 3000 CHICAGO, IL  60606 | Dividend paid 100.00% on $4,750.00, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 4,750.00 | 40,634.73 |
| 08/31/10 | 010105 | Network Communications 2305 Newpoint Parkway Lawrenceville, GA  30046 | Dividend paid   2.63% on $3,975.00; Claim# 3; Filed: $3,975.00; Reference: | 7100-000 | | 104.55 | 40,530.18 |
| 08/31/10 | 010106 | Network Communications 2305 Newpoint Parkway Lawrenceville, GA  30046 | Dividend paid   2.63% on $3,715.00; Claim# 4; Filed: $3,715.00; Reference: | 7100-000 | | 97.71 | 40,432.47 |
| 08/31/10 | 010107 | Innovative Merchant Solutions Consolidate Recovery Group LLC 425 West Fifth Avenue, Suite 103 Escondido, CA  92025 | Dividend paid   2.63% on $626.97; Claim# 5; Filed: $626.97; Reference: | 7100-000 | | 16.49 | 40,415.98 |
| 08/31/10 | 010108 | BMW Financial Services NA, LLC 5550 Britton Parkway Hilliard, OH  43026 | Dividend paid   2.63% on $26,443.17; Claim# 6; Filed: $26,443.17; Reference: | 7100-000 | | 695.49 | 39,720.49 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 05-54618 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******2066  Checking Account |
| Taxpayer ID No: | *******7185 | | |
| For Period Ending: | 05/09/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/31/10 | 010109 | BMW Financial Services NA, LLC 5550 Britton Parkway Hilliard, OH 43026 | Dividend paid 2.63% on $9,929.41; Claim# 7 -2; Filed: $9,929.41; Reference: | 7100-000 | | 261.16 | 39,459.33 |
| | 08/31/10 | 010110 | Gregory Steiner c/o Neal H. Levin,Freeborn & Peters LLP,311 S. Wacker Drive, Suite 3000 Chicago, IL 60606 | Dividend paid 2.63% on $750,000.00; Claim# 8; Filed: $750,000.00; Reference: | 7100-000 | | 19,725.90 | 19,733.43 |
| * | 08/31/10 | 010111 | AgriStar Frozen Foods, Inc. c/o Neal H. Levin,Freeborn & Peters LLP,311 S. Wacker Drive, Suite 3000 Chicago, IL 60606 | Dividend paid 2.63% on $750,000.00; Claim# 9; Filed: $750,000.00; Reference: 7100-000 $-19,725.90 | 7100-003 | | 19,725.90 | 7.53 |
| * | 08/31/10 | 010111 | AgriStar Frozen Foods, Inc. c/o Neal H. Levin,Freeborn & Peters LLP,311 S. Wacker Drive, Suite 3000 Chicago, IL 60606 | VOID | 7100-003 | | -19,725.90 | 19,733.43 |
| | 08/31/10 | 010112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.63 | 19,732.80 |
| | 09/09/10 | 010113 | GREGORY STEINER STAES & SCALLAN PC 111 W WASHINGTON STREET, SUITE 1631 CHICAGO, IL 60606 | DIVIDEND PAID 2.63% ON $750,000, CLAIM #9/ASSIGNMENT OF CLAIM 9/8/10 TO GREGORY STEINER | 7100-000 | | 19,725.90 | 6.90 |
| | 04/01/11 | | FREEBORN & PETERS, LLP 311 S WACKER DRIVE SUITE 3000 CHICAGO, IL 60606 | REFUND | 3210-600 | 10.00 | | 16.90 |
| | 02/07/12 | | Green Bank | Transfer Funds 9999-000 $-16.90 | 9999-000 | | 16.90 | 0.00 |

FORM 2                                                                                              Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-54618 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******2066  Checking Account |
| Taxpayer ID No: | *******7185 | | |
| For Period Ending: | 05/09/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Account  *******2066 | Balance Forward | | 0.00 | | |
| | 0 | | Deposits | | 0.00 | 14   Checks | 69,256.67 |
| | 0 | | Interest Postings | | 0.00 | 0   Adjustments Out | 0.00 |
| | | | | | | 1   Transfers Out | 16.90 |
| | | | Subtotal | $ | 0.00 | | |
| | | | | | | Total | $   69,273.57 |
| | 1 | | Adjustments In | | 10.00 | | |
| | 1 | | Transfers In | | 69,263.57 | | |
| | | | Total | $ | 69,273.57 | | |

Ver: 19.06

FORM 2

Page:   5

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-54618 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******1801 DDA |
| Taxpayer ID No: | *******7185 | | |
| For Period Ending: | 05/09/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 16.90 | | 16.90 |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.88 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.86 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.84 |
| 05/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.82 |
| 06/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.80 |
| 07/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.78 |
| 08/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.76 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.74 |
| 10/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 0.02 | 16.72 |
| 11/30/12 | | Green Bank 401 Greenbriar | Bank Service Fee | 2600-000 | | 0.02 | 16.70 |

FORM 2
Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1801  DDA |

Taxpayer ID No: *******7185
For Period Ending: 05/09/16

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX  77098 | | | | | |
| 12/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 0.02 | 16.68 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 0.02 | 16.66 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/21/13 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | 0.02 | 16.64 |
| | | 701 POYDRAS STREET | 2300-000          $-0.02 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 02/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 0.02 | 16.62 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 03/14/13 | 7 | ACOSTA INC. | WAGE DEDUCTION | 1249-000 | 276.09 | | 292.71 |
| | | 6600 CORPORATE CTR PKWY | | | | | |
| | | JACKSONVILLE, FL  32216 | | | | | |
| 03/18/13 | 7 | ACOSTA, INC. | WAGE DEDUCTION FUNDS | 1249-000 | 303.44 | | 596.15 |
| | | 6600 CORPORATE CTR PKWY | | | | | |
| | | JACKSONVILLE, FL  32216 | | | | | |
| 03/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 0.47 | 595.68 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| * 04/02/13 | 7 | ACOSTA, INC | WAGE DEDUCTION | 1249-003 | 281.22 | | 876.90 |
| | | 6600 CORPORATE CTR PKWY | | | | | |
| | | JACKSONVILLE, FL  32216 | | | | | |
| * 04/02/13 | 7 | ACOSTA, INC | WAGE DEDUCTION | 1249-003 | -281.22 | | 595.68 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Ver: 19.06

Page: 7

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 05/09/16 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1801 DDA |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6600 CORPORATE CTR PKWY JACKSONVILLE, FL 32216 | | | | | |
| 04/02/13 | 7 | ACOSTA, INC 6600 CORPORATE CTR PKWY JACKSONVILLE, FL 32216 | WAGE DEDUCTION | 1249-000 | 281.22 | | 876.90 |
| 04/12/13 | 8 | DAVID CUTLER, ATTORNEY 8430 GROSS POINT RD SKOKIE, IL 60077 | SETTLEMENT OF DEFAULT JUDGMENT | 1249-000 | 20,000.00 | | 20,876.90 |
| 04/15/13 | 7 | ACOSTA, INC. 6600 CORPORATE CTR PKWY JACKSONVILLE, FL 32216 | WAGE DEDUCTION FUNDS | 1249-000 | 283.79 | | 21,160.69 |
| 04/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 18.21 | 21,142.48 |
| 05/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 36.31 | 21,106.17 |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 30.76 | 21,075.41 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 34.00 | 21,041.41 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 36.14 | 21,005.27 |

Ver: 19.06

FORM 2

Page:   8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| | |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 05/09/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1801  DDA |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 30.61 | 20,974.66 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 33.84 | 20,940.82 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 33.79 | 20,907.03 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 32.64 | 20,874.39 |
| 01/17/14 | 8 | Freeborn and Peters Client Funds Account<br>311 S. Wacker Dr. #3000<br>Chicago, IL  60606 | 1/3/14 order/Rule 9019 Approving<br>Compromise between Trustee, IRS, Christine Eckert | 1249-000 | 10,000.00 | | 30,874.39 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 42.62 | 30,831.77 |
| 02/20/14 | 8 | Freeborn and Peters Client Funds Account<br>311 S. Wacker Dr. #3000<br>Chicago, IL  606066683 | 1/3/14 Order/ Rule 9019 Approving<br>Compromise between Trustee, IRS, Christine Eckert | 1249-000 | 5,000.00 | | 35,831.77 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 47.54 | 35,784.23 |
| 03/11/14 | 8 | Freeborn and Peters Client Funds Account | 1/3/14 Order/Rule 9019 approving | 1249-000 | 5,000.00 | | 40,784.23 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

Ver: 19.06

FORM 2                                                                                        Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******1801 DDA |

| | |
|---|---|
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 05/09/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 311 S. Wacker Dr. #3000 | compromise between Trustee, IRS, Christine Eckert | | | | |
| | | Chicago, IL  60606 | | | | | |
| 03/27/14 | 005002 | DAVID GROCHOCINSKI, TRUSTEE | Approved distribution per 1/3/14 | 2100-000 | | 2,500.00 | 38,284.23 |
| | | 1900 RAVINIA PLACE | order between TEE, IRS, and Christine Eckert. | | | | |
| | | ORLAND PARK, IL  60462 | | | | | |
| 03/27/14 | 005003 | FREEBORN & PETERS, LLP | Approved distribution per 1/3/14 | 3210-600 | | 3,000.00 | 35,284.23 |
| | | 311 S WACKER DRIVE | order between TEE, IRS, and Christine Eckert. | | | | |
| | | SUITE 3000 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| 03/27/14 | 005004 | Department of the Treasury | Approved distribution per 1/3/14 | 4300-000 | | 5,000.00 | 30,284.23 |
| | | Internal Revenue Service | order between TEE, IRS, and Christine Eckert. | | | | |
| | | P O BOX 7346 | | | | | |
| | | Philadephia, PA  19101 | | | | | |
| 03/27/14 | 005005 | American Express Travel Related Services Co Inc | Approved distribution per 1/3/14 | 7100-000 | | 0.46 | 30,283.77 |
| | | c/o Becket and Lee LLP | order between TEE, IRS, and Christine Eckert. | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA  193550701 | | | | | |
| 03/27/14 | 005006 | Network Communications | Approved distribution per 1/3/14 | 7100-000 | | 146.86 | 30,136.91 |
| | | 2305 Newpoint Parkway | order between TEE, IRS, and Christine Eckert. | | | | |
| | | Lawrenceville, GA  30046 | | | | | |
| 03/27/14 | 005007 | Innovative Merchant Solutions | Approved distribution per 1/3/14 | 7100-000 | | 11.97 | 30,124.94 |
| | | Consolidate Recovery Group LLC | order between TEE, IRS and Christine Eckert. | | | | |
| | | 425 West Fifth Avenue, Suite 103 | | | | | |
| | | Escondido, CA  92025 | | | | | |
| 03/27/14 | 005008 | BMW Financial Services NA, LLC | Approved distribution per 1/3/14 | 7100-000 | | 694.63 | 29,430.31 |
| | | 5550 Britton Parkway | order between TEE, IRS and Christine Eckert. | | | | |
| | | Hilliard, OH  43026 | | | | | |
| 03/27/14 | 005009 | Gregory Steiner | Approved distribution per 1/3/14 | 7100-000 | | 28,646.08 | 784.23 |
| | | c/o Freeborn & Peters, LLP | order between TEE, IRS and Christine Eckert. | | | | |
| | | 311 S. Wacker Dr. Suite 300 | 7100-000       $-28,646.08 | | | | |
| | | Chicago, IL  60606 | | | | | |

FORM 2

Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-54618  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******1801  DDA |
| Taxpayer ID No: | *******7185 | | |
| For Period Ending: | 05/09/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 59.22 | 725.01 |
| 04/02/14 | 005010 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Blanket bond #016026455 2/01/14 to 2/10/15     2300-000      $-0.63 | 2300-000 | | 0.63 | 724.38 |
| 04/30/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 16.56 | 707.82 |
| 06/05/14 | | Green Bank | Technology Fee | 2600-000 | | 1.31 | 706.51 |
| 06/05/14 | | Associated Bank | Transfer | 9999-000 | | 706.51 | 0.00 |

| Account | *******1801 | | Balance Forward | | 0.00 | | | 10 | Checks | 40,000.65 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 10 | Deposits | | 41,144.54 | | | 29 | Adjustments Out | 1,160.79 |
| | | 0 | Interest Postings | | 0.00 | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ | 41,144.54 | | | | Total | $   41,161.44 |
| | | 0 | Adjustments In | | 0.00 | | | | | |
| | | 1 | Transfers In | | 16.90 | | | | | |
| | | | Total | $ | 41,161.44 | | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  11

Exhibit 9

| Case No: | 05-54618  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0980  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7185 | | |
| For Period Ending: | 05/09/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/14 | | Green Bank | Transfer From Green Bank | 9999-000 | 706.51 | | 706.51 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 0.40 | 706.11 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 04/08/16 | 030002 | Department of the Treasury | Final Distribution | 5800-000 | | 706.11 | 0.00 |
| | | Internal Revenue Service | | | | | |
| | | P O BOX 7346 | | | | | |
| | | Philadephis, PA  19101 | | | | | |

| Account  *******0980 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | 2 | Checks | 706.51 |
| | 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 0.00 | | | |
| | | | | | | Total | $      706.51 |
| | 1 | Adjustments In | | 706.51 | | | |
| | 0 | Transfers In | | 0.00 | | | |
| | | Total | $ | 706.51 | | | |

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-54618 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | ECKERT, JEFFREY | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******2065  Money Market Account |
| Taxpayer ID No: | *******7185 | | | |
| For Period Ending: | 05/09/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/08 | 5 | DAVID SCHLOSSBERG | SETTLEMENT OF ADVERSARY/FRAUDULENT | 1241-000 | 109,018.00 | | 109,018.00 |
| | | BANK OF AMERICA | TRANSFER | | | | |
| 07/08/08 | 5 | GARY LALIBERTE | SETTLEMENT OF ADVERSARY/FRAUDULENT | 1241-000 | 172,642.24 | | 281,660.24 |
| | | TCF BANK | TRANSFER | | | | |
| 07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 77.88 | | 281,738.12 |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 123.04 | | 281,861.16 |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 135.83 | | 281,996.99 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 114.65 | | 282,111.64 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 76.44 | | 282,188.08 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 59.05 | | 282,247.13 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 34.71 | | 282,281.84 |
| 02/05/09 | 001001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 234.05 | 282,047.79 |
| | | | BALANCE AS OF 12/31/2008 FOR CASE | | | | |
| | | | #05B-54618, BOND#016026455 | | | | |
| | | | 2300-000       $-234.05 | | | | |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 32.38 | | 282,080.17 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 37.00 | | 282,117.17 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 34.70 | | 282,151.87 |
| 05/21/09 | 001002 | DAVID SCHLOSSBERG, GARY LALIBERTE & | PARTIAL REFUND OF ADVERSARY | 1241-000 | -46,660.24 | | 235,491.63 |
| | | THOMPSON COBURN FAGEL HA | SETTLEMENT PER ORDER OF 4/17/09 | | | | |
| | | 55 EAST MONROE STREET | Asset #    5 1241-000       $-46,660.24 | | | | |
| | | 40TH FLOOR | | | | | |
| | | CHICAGO, IL  60603 | | | | | |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 33.35 | | 235,524.98 |
| 06/08/09 | 001003 | UPS | OVERNIGHT DELIVERY FEE | 2990-000 | | 13.07 | 235,511.91 |
| | | LOCKBOX 577 | 2990-000        $-13.07 | | | | |
| | | CAROL STREAM, IL  601320577 | | | | | |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 30.89 | | 235,542.80 |
| 07/31/09 | 6 | JEFFERY ECKERT | SETTLEMENT PAYMENT | 1249-000 | 300.00 | | 235,842.80 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 29.93 | | 235,872.73 |

FORM 2

Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-54618  -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 05/09/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******2065  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/09 | 001004 | FREEBORN & PETERS, LLP<br>311 S. WACKER DRIVE<br>SUITE 3000<br>CHICAGO, IL  60606 | INTERIM FEES AND EXPENSES TO<br>SPECIAL COUNSEL PER ORDER OF 7/31/09<br>3210-600    $-140,000.00<br>3420-590    $-29,371.49<br>Fees              140,000.00<br>Expenses        29,371.49 | <br><br><br><br>3210-600<br>3220-610 | | 169,371.49 | 66,501.24 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 24.42 | | 66,525.66 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.96 | | 66,533.62 |
| 10/13/09 | 6 | JEFFREY ECKERT | SANCTIONS | 1249-000 | 2,700.00 | | 69,233.62 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.81 | | 69,241.43 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 8.22 | | 69,249.65 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 8.22 | | 69,257.87 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.69 | | 69,265.56 |
| 02/05/10 | 001005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2009 FOR CASE<br>#05-54618, BOND#016026455<br>2300-000        $-57.44 | 2300-000 | | 57.44 | 69,208.12 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 7.42 | | 69,215.54 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting<br>{BANK RECON} | 1270-000 | 8.74 | | 69,224.28 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1400%<br>JPMORGAN CHASE BANK, N.A. | 1270-000 | 1.32 | | 69,225.60 |
| 04/06/10 | | Wire out to BNYM account 000175362065 | Wire out to BNYM account<br>000175362065<br>Wire out to BNYM account 000175362065<br>9999-000      $-69,225.60 | 9999-000 | | 69,225.60 | 0.00 |

FORM 2

Page: 14

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-54618 -DRC |
| Case Name: | ECKERT, JEFFREY |
| Taxpayer ID No: | *******7185 |
| For Period Ending: | 05/09/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******2065  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account ******2065 | | Balance Forward | 0.00 | | | | |
| | 4 | Deposits | 238,000.00 | | 5 | Checks | 169,676.05 |
| | 22 | Interest Postings | 901.65 | | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 69,225.60 |
| | | Subtotal | $ 238,901.65 | | | | |
| | | | | | | Total | $ 238,901.65 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 238,901.65 | | | | |

Ver: 19.06

Page: 15

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          05-54618 -DRC
Case Name:     ECKERT, JEFFREY

Taxpayer ID No: *******7185
For Period Ending: 05/09/16

Trustee Name:               GINA B. KROL
Bank Name:                  UNKNOWN BANK
Account Number / CD #:     *******2066  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| Account  *******2066 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | Total | $ | 0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ | 0.00 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 14 | Deposits | 279,144.54 | 31 | Checks | 279,639.88 |
| 27 | Interest Postings | 939.62 | 29 | Adjustments Out | 1,160.79 |
| | | | 3 | Transfers Out | 138,506.07 |
| | Subtotal | $ | 280,084.16 | | Total | $ | 419,306.74 |
| 2 | Adjustments In | 716.51 | | | |
| 3 | Transfers In | 138,506.07 | | | |
| | Total | $ | 419,306.74 | | Net Total Balance | $ | 0.00 |

                    /s/    GINA B. KROL
Trustee's Signature: _____    Date: 05/09/16
                     GINA B. KROL

LFORM2T4  **UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

Ver: 19.06